[Print this page](#)

# Envelope 3556008

## Case Information

| | |
|---|---|
| Location | Court Of Criminal Appeals |
| Date Filed | 12/19/2014 05:09:21 PM |
| Case Number | |
| Case Description | |
| Assigned to Judge | |
| Attorney | Stephen Wohr |
| Firm Name | The Law Office of Stephen Wohr |
| Filed By | Stephen Wohr |
| Filer Type | Not Applicable |

## Fees

| | |
|---|---|
| Convenience Fee | $0.00 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $0.00 |

## Payment

| | |
|---|---|
| Account Name | Stephen Wohr & Associates |
| Transaction Amount | $0.00 |
| Transaction Response | |
| Transaction ID | 5864706 |
| Order # | 003556008-0 |

## Petition for Discretionary Review

| | |
|---|---|
| Filing Type | EFile |
| Filing Code | Petition for Discretionary Review |
| Filing Description | |
| Reference Number | |
| Comments | |
| Status | Rejected |

## Fees

| | |
|---|---|
| Court Fee | $0.00 |
| Service Fee | $0.00 |

## Rejection Information

| Rejection Reason | Time | Rejection Comment |
|---|---|---|
| Other | 12/29/2014 11:04:23 AM | The petition for discretionary review does not contain a copy of the court of appeals opinion. You have ten days to tender a corrected petition for discretionary review. |

## Documents

| | | |
|---|---|---|
| *Lead Document* | Young.DiscRev.pdf | [Original] |